# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Shed located on the premises of<br>18 Copeland Drive, Rochester, New Hampshire,<br>associated with Apartment A | )<br>)<br>)  Case No.   23-mj-200-01-AJ<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see attachment A.

located in the _____ District of   New Hampshire   , there is now concealed *(identify the person or describe the property to be seized)*:

Please see attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | -Distribution of Controlled Substances and Possession with Intent to Distribute |
| 21 U.S.C. § 846, 841(a)(1) | -Conspiracy to Distribute Controlled Substances and Possession with Intent to Distribute |

The application is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/Dennis Elbert
*Applicant's signature*

Dennis Elbert, TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by  **Telephonic conference**  *(specify reliable electronic means)*.

Date: **Nov 2, 2023**

Andrea K. Johnstone
*Judge's signature*

City and state:  **Concord, New Hampshire**         Andrea K. Johnstone   U.S. Magistrate Judge
*Printed name and title*